IN THE UNITED STATES COURT OF APPEALS

FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| ESSENCE WELCH,<br><br>  Appellees,<br><br>v.<br><br>DANIEL DEMPSEY; named individually and in his official capacities,<br><br>  Appellants. | Appeal No. 21-3504<br><br><br><br>**APPELLANTS' NOTICE OF JOINT APPENDIX PREPARATION** |

COMES NOW, the Appellants and state that Pursuant to Rule 30 of the Federal Rules of Appellate Procedure and Rule 30A of the Eighth Circuit Rules of Appellate Procedure and having conferred with counsel for Appellees, provide notice that the parties will prepare a joint appendix as defined in Eighth Circuit Rule of Appellate Procedure 30A(b)(2)

Respectfully Submitted by:


 /s/John O. Haraldson_____
John O. Haraldson
Assistant City Attorney
400 Robert D. Ray Drive
Des Moines, IA  50309-1891
Telephone:  W 283.4072
Facsimile: (515) 237-1748
E-Mail:  JOHaraldson@dmgov.org
ATTORNEY FOR APPELLANTS


Copy to:

1

Gina Messamer
Parrish Law Firm
2910 Grand Avenue
Des Moines, Iowa 50312
gmessamer@parrishlaw.com
ATTORNEY FOR APPELLEES

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above-entitled cause by transmittal to each of the attorneys of record at their respective addresses disclosed on the pleadings of record on the 22nd Day of November, 2021

By: ☐ U.S. Mail    ☐ Fax
    ☐ Hand-Delivered    ☒ E-Mail

Signature: /s/ *John O. Haraldson*